IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of FBI Documentation and Information Related to *State v. Forde et al.*, CR 2009-2300, In the Superior Court of the State of Arizona In and For the County of Pima | No. 4:10-MC-00045-TUC-CKJ<br><br>**ORDER** |

  On December 15, 2010, Movant Pima County filed a Motion for Privacy Act Order and Protective Order regarding the release of documents by the Federal Bureau of Investigation to the Pima County Attorney. No further orders have been sought in this case. The Court finds this matter may be administratively closed.

  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall close its file in this matter.

  DATED this 21st day of March, 2012.

*[signature]*
Cindy K. Jorgenson
United States District Judge